IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA RECEIVED
_____ DIVISION CLERK'S OFFICE

## QUESTIONNAIRE FOR PRISONERS PROCEEDING 2013 DEC -6  AM 8: 24
## PRO SE UNDER 42 U.S.C. §1983

U.S. DIST. COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Pierre Rahming #1196341

_____

_____

_____

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

Plaintiff(s)

VS.

Mrs. Hightower, Mr. Campbell
Mr. Nathaniel Williams Mr. J. Hobb
Mrs. Nikki Fuqua, Mr. Washington
Mr. Smith, Mrs. Jeanette Wiacree

(NAME OF EACH DEFENDANT)

Defendant(s)
"State of Georgia Dept. of Corelions

CIVIL ACTION NO. **5 : 13-CV- 453**

## I. GENERAL INFORMATION

1. Your full name <u>and</u> prison number  Pierre Rahming # 1196341

2. Name and location of prison where you are <u>now</u> confined Dodge State Prison
Chester Georgia P.o. Box 276, 31012

3. Sentence you are now serving (how long?) 10yrs. To Serve 9yrs

   (a) What were you convicted of? Aggravated Assault, Aggravated
   Battery Possesion of A fire Arm by Convicted Felon

   (b) Name and location of court which imposed sentence Atlanta Judicial
   Circuit 55 Park Place N.E. Suite 1600 Fulton County #30303

   (c) When was sentence imposed? 11-15-2010

   (d) Did you appeal your sentence and/or conviction?  ☐ Yes  ☑ No

   (e) What was the result of your appeal? * NONE *

   (f) Approximate date your sentence will be completed  * - * - * - * - *

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?   ☐ Yes   ☒ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

(b) Name of Court: _____

(c) Docket Number: _NON_   When did you file this lawsuit? _NON_

(d) Name of judge assigned to case: _____

(e) Is this case still pending   ☐ Yes   ☒ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN?  WAS THE CASE DISMISSED?  DID YOU APPEAL?)

_____

## III. PRESENT CONFINEMENT

6. Where are you <u>now</u> confined? _Dodge State Penatentuary Prison_

(a) How long have you been at this institution? _20 months_

(b) Does this institution have a grievance procedure?   ☒ Yes   ☐ No

(c) If your answer to question 6(b) is "Yes," answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?   ☒ Yes   ☐ No

(2) What was the result? _The Grievence WAS Denied And I WAS Told That my Legal issue, And Matters Were Non Grievable_

(d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials?  Give dates and places and the names of persons talked to.

_Spoke To Coynselor Campbell, And Deputy Warden Hightower on 5-16-2011 As Noted in This Brief. Spoke With Jeffery Hobb, Nathaniel Williams On or About 4-20-2012... And Many others mentioned in the Brief As I will be explained leginthily._

7. In what other institutions have you been confined?  Give dates of entry and exit.

JACKSon STATe Prison 12-9-2010To- 12-23-2010 Burruss Correctional Facility From 12-24-2010 - 2-7-2012 AT Dodge STATe prison From 2-8-2012 until The present Time 4-2013

## IV.  PARTIES TO THIS LAWSUIT

8. List the name and address of <u>each</u> plaintiff in this lawsuit.

MS.HighTower Deputy Care/TreaTment, Burruss.Corr.Fac. MR.CAMPBell SR.Counselor Burruss.Corr.Fac. Forsyn GA. NAThaniel Williams Deputy WArden Care/treatment, Nikki Fugua, SR Counselor, Jeffery Hobb Caunselor, mR.WAshingTon, Jeanette WiTTacie, All Respectively Employed AT Dale STATe Prison

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit.  (ATTACH ADDITIONAL PAGES IF NECESSARY)

MRS. HighTower Deputy WArden Care/treatment - Burruss Correctionalfacility. MR.CAMPBell Senior Counselor- Burruss Correctional Facility. NAThaniel Williams DepuTy WArden Care/treatment - Dodge STATe Prison. Nikki Fugua. Head Caunselor - Dodge STATe Prison, Jeffery Hobb. Counselor- Dodge STATe Prison mR. WAshingTon-Counselor-Dodge STATe Prison. JeaneTTe WiTTacie-Counselor

## V.  STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein.  Tell the court WHAT you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them?  Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved.  If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time;  if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments.   KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, AND <u>DIRECT</u>!  If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur? That is, at what institution or institutions? *Burruss CTC; " Dodge STATE Prison"*

When do you allege this incident took place? *From 5-9-2011 To The Present*

What happened? *The Erroneous, And Bogus WARRANT, Was Also Illicitly, And Fraudulently issued. This Same WARRANT Was There To Entered As An inBound request To restrict All movement Immediately As A Hold, And Was Then modified To An "Intrastate, Unindicted Detainer," And served As An Active, And restraining WARRANT (#05-N-6698) Effective Date 5-9-2011 Service upon myself Was Compleat on 5-12-2011 As said, and accused Violation of CRL. Act. This Aledged Violation stemming From 2 Criminal Alegations 1st of "7-27-2007 The second 2nd on 8-11-2007 Both Were initiated From A Sentence given on 8-29-2005, To Charges of VGCSA. And Sentenced To 5 years To Serve 1year, Credit For Time Served on 1year, The BALLANCE Suspended upon SuccessFull Completion of probated Time; All matters relevant To The Same Case Was There by Violated upon return To inCarSoreTion on 6-12-2009 Also Booked in on Charges Which resulting in The present Conviction Which is being Served in Compliance. ConCurrent Action Was so Adjudged By SenTencing Authority of Judge Dempsy JR. in FullonCounty Superior Court Justice CenTer Tower Rm 5D. ATLanTa Georgia 30318 on November 15th 2010 No AddiTional Time For Consecutive SenTence Was Set by Law, And Sentence Was Fully ESTAblished LawFully. The Hold, and DeTainer For unBondable offense CASE# 0593696 under WARRANT# 05W6698 Remain open, And Valid up, And until CASE Expired on 12-25-2010 Which Totally Erradicated Any lawFull pursuit To DeTain, Arrest, Hold, or punish, Delay, or restrict Any Freedom By The Same For Any Expired Case under Number 05-9-3696-05, or Exhausted WARRANT# 05W6698 For The Same, And Exact purpose. This CASE Tolled And Completed AFTer 5yrs 3months 14Days Following SenTencing Date of 8-29-2005 Yet "IntenTionally, And Deliberately," MalisCiously, CapriCiously,*

7. In what other institutions have you been confined? Give dates of entry and exit.



## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.



9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)



## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur?   That is, at what institution or institutions? "Burruss CTC; Dodge State Prison"

When do you allege this incident took place? From 5-9-2011 To The Present

Continuing on What happened? - Contemptuously, Harshly, and unduly The Depatiment of Corrections, And Those with Invested Power, Authority, And Deligated Control Maintain, and Continue Intentionaly, And Deliberately To uphold, Punish with, restrict Freedom From, and unlawfully Establish, Honor, and Illegally Detain (me) under a non Existing warrant, and Expired Case, by Years more Than A few. This Civil violation of my Person, my right And Freedoms, Liberty, and quality of Life. This is Severly, And Unconstitionaly involved upon Every Aspect of my Life... As An Immediate result This Deliberately Harsh, And intentionally Bias, and Malicious Contempt Caused my wife To Seek Divorce Following Her Discussion with Counselor Campbell, And Deputy of Care, And Treatment mrs. Hightower at Burruss CTC... Following The Divorce She Made Deliberate Actions To Cause my Estrangment From my Children, And Alienated me from my Entire Family... my wife was quick To Point out That (I) Had Lied To Her! mislead Her And Caused Her To get False Hopes That (I) was Telling The Truth of Having No other legal obligation other Than The one That I'm Currently Serving Time. and That (I) Could, and would achieve Early release Via Transitional Programing. and give Total, And responsible aid To Her, and my Children. And Now because of False Hopes, She was Surly Devorcing me, and leaving me, Her, and The Kids.

7. In what other institutions have you been confined? Give dates of entry and exit.

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur? That is, at what institution or institutions? *Burruss C.T.C. And Dodge State Prison*

When do you allege this incident took place? *From 5-2009-until Present*

What happened? *The Denial of my Liberty, Freedom, And All Possetive means, lawfull Practices To Achieve Adequate Programing, Skills, Secure Earnings And better myself, And my Possition For Readiness in Free Society By The Unlawfull Pursuit To Detain, Arrest, Hold Back, Exert by A Punative measure, And Refuse Brasly, Contemptuously, Capriciously, And Maliciously! Is Surly Unwarranted, Unconstitutional, And A Blatant Disregard and Violation of my Civil Rights! This Case Told, And Completed, And Was There Too Exhausted After 5yrs. 3months, And 4 Days, Following The Sentencing Date of (8-29-2005) yet with Deliberate intent, intentionally Deliberately, Visciously Contemptuous in Total Arbitrary, Maliciously, Capriciously, Contemptuously, Harshly, And unduly The Department of Corrections Along with its Persons Designated with Power, And Also The Designees of Such As Have Vested Posstion of Concern, Power, and Deliberate ACTS Of Indifference. By Deligated Control, Deliberately Maintained, And intentionally Continues To uphold, Punish, restrict, And Deny me Freedoms; And Liberty's, From an unlawfully Established Authority Which Destroyed, and Also Continues To Harm Kill Deteriorate, and Destroy my all around Quality of Life! By Honoring, Punishing, and Delaying me under a non Existing warrant, lodged on an overly Expired Case for over Several years These Violations of my Person, my rights, Freedoms, Liberty, and Quality of Life, is Truly Certainly Severly, unConstitutionally inloked upon Every Aspect of my Life! And were on going By years, and years. As I'd requested A Transfere To a County Camp in march of 2012, And was Told by Counselor*

7. In what other institutions have you been confined? Give dates of entry and exit.

_____

_____

_____

_____

_____

## IV.  PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

_____

_____

_____

9. List the full name, the official position, and the place of employment of each defendant

in this lawsuit.  (ATTACH ADDITIONAL PAGES IF NECESSARY)

_____

_____

_____

_____

_____

Continuing ***    *** Continuing ***

## V.  STATEMENT OF CLAIM

Continuing

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

    Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments.  KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT!  If the court needs additional information from you, you will be notified.

Continuing

## STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur? That is, at what institution or institutions? "Burruss CTC," And "Dodge STATE Prison" (7-2013)

When do you allege this incident took place? From 5-9-2011 To Present

What happened? ~~Jeffery Hobb That~~ (I) was ineligible To be Considered For a County Camp, and That (I) Had An active Warrant, and Detainer From Cobb County And That it was actually Two of Them... When I requested Counselor Jeffery Hobbs Counseling on The matter, and For Him To ASSIST Me in Every Way That He Could Within Guidlins, Rules, And regulations of "Board of Corrections" Chapter 125-4-1... Points PARTicularly under Said Chapter 125-4-1 Which Were Violated By Counselor Jeffery Hobb Were Certainly, yet NOT Limited To .01, .02, .05, .06, .07, As Jeffery Hobb Elected To refuse To Aid, ASSIST, or Help me in any Way! STATing To me "That AS Far As he was Concerned," "This was my problem," And He Needed NOT To involve himself in my personal problems or Affairs... He Went on To Say, "I'm Tired of you Inmates Trying To get Me To Do, Something That (I) Dont Want To Do," "you got yourself in This mess, And Now You Expect (me) To Help you Fix iT," "The Answer is No!" "And you Can Take iT up With Whom Ever you Want To!" "I've been Told by my Boss MrS. Fuqua (Nikki Fuqua) To Stop! And Do-not Help Anyone of you, With Yalls Legal issues!" "Now iF You Can get Somebody over Her To Tell me, Then MAybe I'll Consider iT!" I Left mr Hobbs oFFice Totally deFlated, Subdued, And Appauled AT The Deliberate, and Absolute Disregaurd in Which The Counselor Had also Demonstrated in my Immediate presence in Total NonCaring, or Zero Concern For my Delima with The unTrue, and False WARRANT... The following

7. In what other institutions have you been confined?  Give dates of entry and exit.

_____

_____

_____

_____

_____

## IV.  PARTIES TO THIS LAWSUIT

8. List the name and address of <u>each</u> plaintiff in this lawsuit.

_____

_____

_____

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit.  (ATTACH ADDITIONAL PAGES IF NECESSARY)

_____

_____

_____

_____

_____

_____

Continuing * * *       * * *     Continuing * * * *

## V.  STATEMENT OF CLAIM

Continuing * * *

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein.  Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them?  Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved.  If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time;  if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments.   KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, AND <u>DIRECT</u>!  If the court needs additional information from you, you will be notified.

Continuing * * * — Continuing * * * → Continuing

## STATEMENT OF CLAIM (CONTINUED)

**Where did the incident you are complaining about occur? That is, at what institution or institutions?** Burruss CTC, And Dodge State Prison.

**When do you allege this incident took place?** From 5-9-2011 To 8-2013 *Present*

**What happened?** Week (I) Wrote Deputy Warden of Care And Treatment "Nathaniel Williams" A note Concerning This matter, And requested His immediate, Direct, and Complete intervention in This matter, and That it be So Handled Exclusively by himself, as All other Attempts To Address my issue had Either Fallen on Non Caring Ears, or Had been an issue Pushed To The Side, Leaving me with The agony, and Burden To Suffer there by, all Which Was Carried out with Deliberate and Total indifference... This Around 4-23-2012, in that Week Around (4-25, or 4-27-2012) Nathaniel Williams Called me To his office To Address my note. Then After Hearing my Case, And issue matter, Decided That Counselor Jeffery Hobb Was inappropriately not Acting in The Scope of his Duties, He Then E-mailed Mr. Hobb A Direct order To Assist me, including by MAKing Necessarry Phone Calls ECT. The Following week in, or Around 4-2-2012 I Was Called To mr. Hobbs office. His First reaction Towards me Was of malice, And Biased DisContent! Stating "my First Day Back, And All I've got is Several E-mails From The Deputy WArden About you!!" "Your Certainly on my Bad Side." "Now What is it, your Wanting me To Do?" I Then Asked That He Call "Pat Head", Judge "Dorothy Robinson," Mrs. "Alexandra Davis," And Ms. Peggy A. Massey. As I Had recieved Correspondance From Jay C. Stephens office regarding A recent Habeas Corpus Motion Filed in Cobb County Superior Court Room To Address Warrant #07-W-6678,

7.  In what other institutions have you been confined?  Give dates of entry and exit.

_____

_____

_____

_____

_____

## IV.  PARTIES TO THIS LAWSUIT

8.  List the name and address of <u>each</u> plaintiff in this lawsuit.

_____

_____

_____

_____

9.  List the full name, the official position, and the place of employment of each defendant

in this lawsuit.  (ATTACH ADDITIONAL PAGES IF NECESSARY)

_____

_____

_____

_____

_____

_____

## V.  STATEMENT OF CLAIM

10.  In the space hereafter provided, and on separate sheets of paper, if necessary, set forth
your claims and contentions against the defendant(s) you have named herein.  Tell the court
<u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred,
<u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and
<u>WHO</u> violated them?  Describe how <u>each</u> defendant was involved, including the names of
other persons who were also involved.  If you have more than one claim, number and set
forth each claim SEPARATELY.

     Do not give any legal argument or cite any cases or statutes at this time;  if such is
needed at a later time, the court will advise you of this and will afford you sufficient time
to make such arguments.   KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES
OF CIVIL PROCEDURE* <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, AND
<u>DIRECT</u>!  If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (CONTINUED)

**Where did the incident you are complaining about occur? That is, at what institution or institutions?** Burruss CTC, and Dodge STATE Prison (The Present)

**When do you allege this incident took place?** From 5-9-2011 To 8-2013

**What happened?** And He'd Told me That although The MATTER Was not relevant in Cobb County Superior Court, As I Was inCarsorated in Dodge State Prison, And Could only Seek The protection of A HabeasCorpus Filed in Chester Georgia. The He Had Knowledge Of The Aledged Warrant, And That The Case Number #053696058 Had been Tolled, And The Case Ended in December of 2010: And He'd advise me To Have The officials, And STAFF in my Facility To Contact Said People! As Then (I) Did Act Directly, And responsibly In writing "Nathaniel Williams" Deputy Warden, And Was No Deligated To Jeffery Hobbs, Counseling Assistance in The matter... MR. Hobb Spoke To Several People All Concerning The Warrant, "He" Was Told Directly That The Warrants were To be removed And Should'nt be Honored As They Appeared in Error By The Department of Corrections G.D.C. ordinances, authority, and Computerized Disfunction or By Some Means That Was inCorrect, and Had nothing To Do with The Courts! The MATTER was Then Rafered To And Spoken About at Legnth with Corrections Coordinators, and Jeffrey Hobb on the matter of The Eroneous Warrants on my behalf And The Fact That They Would be, Should be, and absolutely Will be Removed Immediately Following The next 24th. period, Following The Phone Conversation. AFTer Several Days pAssing. Jeffery Hobb Would Tell me That The Active Warrants Still Exist, and That (He) Was'nT going To Do, nor Would He ATTempT Any Thing More Than what Had been Done; and That iT Was nor for Him To Follow

7. In what other institutions have you been confined?  Give dates of entry and exit.

_____

_____

_____

_____

_____

## IV.  PARTIES TO THIS LAWSUIT

8. List the name and address of <u>each</u> plaintiff in this lawsuit.

_____

_____

_____

_____

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit.  (ATTACH ADDITIONAL PAGES IF NECESSARY)

_____

_____

_____

_____

_____

_____

## V.  STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein.  Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them?  Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved.  If you have more than one claim, number and set forth each claim SEPARATELY.

   Do not give any legal argument or cite any cases or statutes at this time;  if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments.   KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, AND <u>DIRECT</u>!  If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (CONTINUED)

**Where did the incident you are complaining about occur?** That is, at what institution or institutions? _____

**When do you allege this incident took place?** _____

**What happened?** Up one way, or the other. As He Had Said Previously. "iT Was not his Concern!" He HAd Done what The Deputy WARden Asked! And That He Was Deliberately Refusing To Do Anything Else, or Further! I later on Spoke Directly To Nathaniel Williams while in The Company of N.R. Fugua The Senior Counselor. or Head Counselor! This Was while The Both where on Rounds inspecting Dormatory Conditions. I was Told not to Worry, As MRS. Fugua Would Surly Call me out on That AFTer Noon The Day Was on or between 4-7-2012, And 4-9-2012... She Deliberately lied, And Did not Call Me out. As She Capriciously, Biasly, Contemptuously FAked This Act To Elude The Scrutiny of MR. Doug las-Williams. The WArden That Was present. and To also FAke The Chain of Command, Delegation given By The Deputy WArden Nathaniel Williams. when Nikki Fugua was approached Days later, Also in The Company of Nathaniel williams, She was Very Hostile, Beligerent, and insolent in Her Manner, And Speach. Her Derrogatory Address Towards me was inappropriate, maliscious, Deliberate, unwaranted, Totally unproffessional, and insulting, The level, And Extreem ArbiTraity Demeaning nature of MRS. Fugua's offensive Address To Me on The matter. This As She Deliberately Lied. And now STATed "I Dont CAre About your Situation!" "And No-one is going To Help you Do Anything"!! "MR. Hobb Already Help you!" And That Was To much To begin with." "No one has To ASsiST you With your legAL matter." Now shut up! or get Cocked up!" Nathaniel Williams Said "you Heard Her." (I)

7.  In what other institutions have you been confined?  Give dates of entry and exit.

_____

_____

_____

_____

_____

_____

## IV.  PARTIES TO THIS LAWSUIT

8.  List the name and address of <u>each</u> plaintiff in this lawsuit.

_____

_____

_____

_____

9.  List the full name, the official position, and the place of employment of each defendant in this lawsuit.  (ATTACH ADDITIONAL PAGES IF NECESSARY)

_____

_____

_____

_____

_____

_____

## V.  STATEMENT OF CLAIM

10.  In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein.  Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them?  Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved.  If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments.  KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE, CONCISE,</u> AND <u>DIRECT</u>!  If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (CONTINUED)

**Where did the incident you are complaining about occur?** That is, at what institution or institutions? _____

**When do you allege this incident took place?** _____

**What happened?** "Tried To Help you". "There's nothing Else That I Can, or Will Do"! This Was A gigantic, And Huge Betrayal; And An Abrupt, Blatant, and Deliberate Assault on myself, person, And Civil Rights! It Was Beyond Discrimination! It Was Humillating, Demoralizing, And Dehumanizing! After being once again Abused By The Degrees of The Same Exact Systematic governing powers That Fraudulently Continue To Violate Arbitrarily, Capriciously, and Biasly my Civil Rights, And Punish me for Crimes, unpunishable by law! ones That (I) haven't Committed, and illicit, and non Existant Cases permeated on Bogus Warrents That actually Do-not Exist! I wrote To mr. Hobb To gain Some Since of Sanity, And Clearity What I Could Do To Continue To perserver in This matter. And on 4-16-2012 I asked him for all relevant Tell phone Numbers, and Addresses To The people Whom He'd Spoken To, and Whom Stated That They Would Certainly Vacate, and Erradicate The false And Fraudulent, Bogus, Illicit, and unlawful Warrants, Detainers, and Holds Which Surly, and Factually Constitute Abuse, And Violation of Any Positive Programing Effort I Could Expect To perssue! or restrict, Discontending my Right To Even request Any priveledges including parole! Any Rise of my Right To Expectancy was Deprived unduly, And Illegally! Mr. Hobb did return such Addresses, And Later Stated Verbally While face To face That He WAS-NOT-gonna give me any Tellephone numbers!

7. In what other institutions have you been confined? Give dates of entry and exit.

_____

_____

_____

_____

_____

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

_____

_____

_____

_____

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

_____

_____

_____

_____

_____

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur? That is, at what institution or institutions? _____

When do you allege this incident took place? _____

What happened? As Those Telephone Numbers were restricted To officials usage only, and An Inmate Could only Have An official Representative Call on his behalf To Those Same persons! I wrote Several Notes To All of The Addresses given To me by Jeffery Hobb. Following his Conversation on 4-22-2012 And To Date Have received No-zero-not one reply, response, or Correspondance letter! Months Later, in June of 2012, Counselor Hobb Was No Longer my Counselor, And mr. Washington Became my Counselor. I Asked Him Concerning A Transfere He Stated That I Had The Detainers. And That I also Had in caies A D.R. I refuted Both. As Both were in fact Fraudulent. When I Told him To read The Notes left by Counselor Hobb, and Showed him The recent papers I'd recieved from a letter Dated June 14th 2012 Signed (Peggy A. Massey) also more Documentation Authorized by Judge Dorothy A. Robinson. Counselor Washington Decided To make The Calls And Follow up as To way The Bogus Warrants were Not Removed. He Was placed on Hold For Some Time. And Told me Sincerely That He Would Continue The phone Call in my Absancy, and Erradicate The matter also Send me a note Confirming The out Come of his Talk With G.D.C. Dept. of Corrections officials! He lied! I Never Heard From him again, and when I Saw him on The Walkway in The prison! He laughed at me and Deliberatly

Where Did The incident your Complaining About occur? THAT IS AT What institution, or Institutions? "Burruss CTC." And Dodge STATE Prison When Do you Allege This incident Took Place? From 5-2009-until The present Time of 8-2013) *** WHAT Happened? TYPE of Transitional Center, or County Camp, Transfer, or Any Early release Consideration of Any Kind! NiKKi Fuqua Said That She'd Personally obstruct Any Effort of That Nature, MR. Counselor Smith Concurred With Her possition Stating That I'd Better Watch my Tone With him, and That With all The People on his Case load, and list of Priorities, I was Certainly The least, and He'd get Back To me When Ever He Could, if He Could, or When Ever He Deems, or Decides That It's Neccessary! Which hasn't Been AT All To Date Since That June 16th Verbal Assault, Harassment, And Deliberate, And Personal Threats of my person, my Freedom, and The limit, loss, and Absolute Denial of any possative programing Efforts That I Would Marginelly Attempt To persue! I'm Constantly Being ignored Deliberately By Counselor Smith! When I Put in legally, lawfully, And Properly Addressed Counselor forms, and Submit Through Adequately Established mailing Box, Counselor Smith refuses To respond in any manner! He Does So in CompleeTly, And Absolute ABruptness With Arbitrar intention, And Deliberate Disregaurd! Also Supported fully, Totally, And Thoroughly By His Aid And ASSiSting Supervisor Mrs. NiKKi Fuqua! Other Such Counselors Have Either Attempted To ASSiST me, or out Right Told me The Answer is A resounding No! And That I Should Address my Concerns To Counselor Smith AS Quoted By MR HOBB. Mrs. Adams Has Attempted To Help. And ABiST.

Where Did The incident your Complaining About occur? That Is At What Institution, or Institutions? "Burruss CTC," And Dodge State Prison! When Do you Allege This incident Took place? From 5-2009-until The Present Time of 8-2013) xxx What Happened? Warrants were literally, Factually, and actually The Same, And Exact Warrant. This A Deliberate Act of The G.D.C., As Even When The Date Came And The Warrant Was Vaccated, And removed, it Was Again Immediately re-entered, and lodged Twice as Two Seperate Detainers, and Warrants. To Which later only one Was again removed, And one Deliberately Was Allowed To remain, As G.D.C. Was made Aware on Several occassions Certainly prior To 4-16-2012 By mr. Hobb, And Again on Numerous occassion Between 2-5-2013, And 2-19-2013 By mrs Willacre. This Deliberate Disregaurd Continued From Those Dates up, and Until The present Date of 8-11-2013 Where By on The Date of 4-8-2013 I Was systematicly Denied For Transitional Center programing Due To A Detainer That automaticly Deemed me ineligible, And There By Contemptuously Biasly predjudiced Me With out any Consideration, And A Blatant Disregaurd for my Civil Rights. This Deliberate act of Arbitrar action Was permeated Upon Every Aspect of my right To Fair, and Impartial Treatment... I Was once again Violated Deliberately By Counselor Smith, And Nikki Fuqua That Followed Several Notes To Smith From (4-16-2013 - June 16-2013). I Was Threatened By Both Parties With punative Actions, and Told Deliberately and Directly To Shut up! And Keep my mouth Closed. Fuqua Said She'd Personally make Sure I'd Never be Eligible for An

Where Did The incident Your Complaining About occur? That is At What Institution, or Institutions?" Burruss CTC "And Dodge State Prison. When Do you Allege This incident Took place? From 5-2009 until The Present Time of 8-2013) *** What Happened? Have Someone in Your Family Handle it For you"... I Told Her That "PATHead And "Alex, Andra Davis;" Both Told My Sister That (She) was unAuthorised To Address The matter, and That Either A lawyer, or State official Representative, Would be The only of Any Peasons Whom Could Address, or Aid And Help To resolve The Issue. As They Would Certainly not Negotiate With unAuthorized Personel. My Sisters power of Attorney Was not Significant Enough, Nor relevant, nor Lawfull!! No Lawyer Would Assist Any Case That Wasn't present before A Judge. The Case Was Expired By 3 yrs, As The Callender Date now Was 2013, And The Case Ended 2010. MRS. Witacre let me Know, By no uncertain Terms, That MRS. Fugua, "Nikki Fugua", was Directly, And Deliberately responsible for Her Actions, and Denial of Help! ... on 1-8-2013 mrs. Whittacre Told me That I Could not recieve Any Transfers, An That I Was being Denied As A result of an active Detainer!! on or Around 2-5-2013 MRS. Witacre Allowed me a visit To Her office This WAS in responce To grievences That I Had Filed! At Such Time, I presented MRS. Witacre With Documented proof From The Courts of The (2) Warrants Dismissals! To Which She'd Checked The Computer only To Find That only (1) Had Been removed. Although Both

STATEMENT OF CLAIM (Continued)

Where Did The incident Your Complaining About occur? That's at what Institution, or Institutions? "Burruss CTC", And Dodge State Prison. When Do you Allege this incident Took Place? From 5-2009-Until The Present Time of 8-2013) *** What Happened? And Said in A Contemptuous Manner "I'am No Longer Your Counselor, "You Need To Follow up With Your Counselor, whom Ever That may Be"... As He Maliciously Continued in The Diabolically Sinister, And Fiendish merryment of his Laughter... This four incident Took Place in The month of August, n or around the 20th 2012 - 8.2012... Toughly 1 month Later I Wrote To mr. Washington Concerning The Fraudulent D.r. on 9-9-2012 And Was responded Back To on 9-18-2012... Time Did Elapse, And I recieved - No-Absolutely-Zero-Correspondance From The Counselors Department, Althoug I'd written Several, And Numerous of Times, on Deaf-Ears-... The Holliday Season insued, and at The following New year A massive Call out Was given To a Considerable number of inmates. To Address Their Concerns Needing Counseling, and Guidance ETceTera following That I Was able To once again Speak with mrs Willacte; whom Was once again actively my Asigned Counselor She informed me That She'd been Admonished, And Told Sternly, and forcefully, a Verbally Abrasively; And Deliberately Not To Lend Any aid, Nor Assistance. and Certainly No-Help-or any Phone-Call To me, for any reason Concerning The Bogus, and fraudulent Warrant Being Honored, And Upheld By G.D.C.! Her Exact Words Were "It's Not my Problem," And "You Need To

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Brittany Rahming... 7733 ST. RT. 36 Bradford Ohio, 45308 (Desiree Sanabria) 101 W 112nd Street New York City New York 10026 APT # 6H .. (Kenneth Thomas") P.O. Box 44334 Atlanta Georgia 30336 ... Brittany Rahming," Confirms The Knowledge That Such Warrant Act As A Detainer

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

The Relief That I Seek for, and Humbly Pray That This Court Would Restore To Me Peace of mind by ordering That This Bogus Warrant Be Totally removed, Exponged, and Erradicated from any record of Authority To Delay, Detain, or refuse Me Any release privaledges. Also That I be "Immediatly placed in Said facility," As Denied as A Biased result, in A Transitional facility," And That I recieve Monetary Damage of (3) Million U.S.c. For The

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure.*

Signed this_____day of_____, 20_____.

_____
PLAINTIFF

...merits, As Far As the Courts System, And Warrant Division
Also The District Attorneys office, And the Prison Officials
Whom Were All Responsibly interConnected, And Shared
in the Governments Entanglement, As Both Sides Place the Blame
And Burden on Each other... As He Was Told That Nothing
Would be Done To Erradicate The Erroneous Warrant unless
The other agency, or Burracracy Acted First. And then
Notified The other (G.D.C. ; Prison ) (District Attorney's
Courts) He Continued By Taking Away the Offer, and
ReCanting on The reasonable insurance That He'd once
Confirmed To me As for Employment, And Gainfull
Wage Earnings. He Stated in lue, and light of the matter,
And Circumstances. "He Doubted That He Could, nor would
reasonably Assure me To Work for, or With Him" in his
real estate, And realty's, And (Grounds Keeping, or Land
Scaping Business Contracts... " He Was Now Forced To Look
To Employ Someone Whom Could Reasonably Be Expected To Do
The Labor For Him At A Particular Time... With my Situation
There Was Absolutely No Certainty, or Rise To Expectation.
That Would Prompt Him To, or Warrant That He Hold The
Position Available! my Availability, And Potential To be
present Was Vitally Essential in His Determination To
Hold The Job For me, or Seek out Someone Else for The
Position...

Case 5:13-cv-00453-MTT-CHW   Document 1   Filed 12/06/13   Page 27 of 32

Was The WARRANT (Dismissed), AT A Much Earlier Date, Yet Also Was Any (Case) involving Any Such WARRANT For The Same And Exact matter! The Actions of Counselor Fugua, And Her STAFF of non Proffesional Subbordinates WAS All Realized By "Desiree Sanabria". As She Spoke Directly To Fugua, and as well a Designee of hers; As They Deliberately, and intentionally refused To Do AnyThing regaurding The Facts. Neither Did They Choose To Acknowledge The Court oRders, and Doccumentation Given To Them; They Maintained To mrs. Desiree Sanabria That These Were "my Personal Concerns". These Were issues That I'd Put Myself in. And ("I") Needed To Fix it, And Find A Way For "myself" To Resolve it! Her overall ATTITude WAS "So What, of What Ever Consequences I'd Have To Suffer," "oh well," As Quoted By MRS. Fugua, And That I Need To Handle it! She'd Called me into Her office Immediately Following her Conversing With "Desiree Sanabria". She Then Stated To me" I Don't Care About your legal issues". She Acted infuriated, And Stated That No one Calling Her office, And Wasting Her Time, Would Do AnyThing To Change Her Disposition, And Position Concerning The matter. And That I Should'nt Expect Her, Nor Any of Her STAFF To Do AnyThing About The matter. And in FACT Her Direct instruction To Her STAFF Personally Would be To Refuse To intefer, or Assist me. it Was my Problem To Deal with alone, on my own. And Do-not Have Anyone Else Call Her, or I'd Be Punished For insubordination.

That although the Respondent of Attorney Generaling All (my) Legal Matters, They Both States Collectively That "They Would only respond To Inquiry Favorably, With Prison officials; Myself Personally, or A Lawyer, Representing my Case... In No Wise Would The Courts Afford Such lawyer Unless my issue Was A Matter present Before A Judge, in A Court Room... Following The Absolute Rejection To resolve The Matter, As given By The Same, Exact Burracracy, And "Governing, Police Agency, As lodged The interstate, And InBound DeTainer, And its Direct Superiors, including Actual Persons Whom Endorsed, Executed, and were surly Directly responsible for issuing The warrant. The matter was Therefore presented Immediately To Judge Dorothy A. Robinson. A Superior Judge, over at least A List of 12 Judges, And "Thomas J. Charron" The Courts Administrator, my Correspondance, petition, And legal Affidavit, Was responded To, And Recieved By myself on June 14th 2012 Copies Were Immediately provided, And Amply Given To The Staff of Counselors, And Administration with Full Authoritative position Here At Dodge State prison... This Should've Certainly Gauranteed A Catalyst Toward Actively Changing, There by resolving The matter of The "Bogus Warrant Yet, Quite To The Contrary The Illegal, And Fraudelent Warrant And Detainer Remained Continuously. This inspite of The ledger Signed By "peggy A Massey") Administrative Assistant of Judge "Dorothy A. Robinson." Clearly Stating That not only

Brittany Rahming, Confirms That as a result of the Detainers, Causing Restriction of Early release Consideration. ("She") Deemed Me As A Chronic liar, And unworthy of Remaining in A Marriage with, And unfit As A Father For our Children, nor should I Ever Be An Adequate Role Model. She'd Concluded This Based on What she Veiwed As "lies" Told To Her, And Was The Final Straw! in Her Opinion, Telling Her That I had No other Legal obligations, Other Than The one I'm Presently incarsorated under. And Could Certainly Do All To Achieve Work release, And Transitional Training Program By Maintaining Good Behavior, and Posative Programing... Counselor "Campbells," Reve Lations Were The Complete opposite; And ("He") Told Her That (I) Was lieing To Her. And That Active Warrants lodge Against Me, Would Surly Prevent Any Early release Consideration. He Added, That (I) Would Have Additional entanglement With The Law, Following My Current Sentence. The Bomb Shell Proved Catastrophic, And Totally Severed Any Ties with My wife, And Children! My Family Has Henced Been Totally Deprived From Me, As Shortly Following Those incidents, My Marriage Ended in Divorce! "Desiree Rahming," when Have Tried unsuccessfully To Contact (All) legal Angencies involved in This matter. She Has Continuously Reached A Dead End with Each, and Every Deligate, including "Pat Head" And "Alexjandra Davis," Whom Both Told Her Directly

Where Did The Incident you Are Complaining About occur? That is At What Institution, or Institutions? "Burruss CTC". Dodge STATE Prison"... When Do you Allege This Incident Took Place? From 5-9-2011-To The Present Time 9-2013... What Happened ... Hobb That I had A Detainer For my Arrest, And An Active Warrant from Cobb County, and Was There By not Eligible For Successful Consideration, of any Such Transfere... After Doccumentation was Presented To Jeffery Hobb Directly From Cobb County Superior Court, Endorsed by Judge Dorothy A. Robinson. And Following Talks with "Pat Head, And AlexjANDra Davis", respectively And Talks with officials of G.D.C. Records, And Warrants. Still He Maintained The Validity, and Violation, of Erroneous Warrant, Those Acts where Continued By Counselor Washington" Also Following The June 2012 Events Where Counselor Washington was given Additional Copy of Dismissal, and Termination of Erroneous Warrants, and also Spoke on phone with Various G.D.C. officials Confirming The Same, PAST on Contemptuously in or Around 9-18-2012 The Continuation of Same And Deprivation To Jeanette Willacre". And on 1-8-2013 That I Was Denied Any Positive Programing Transfere, or TRANSTional Privaledges Because of Detainer from Cobb County. She in Turn Repeated Same Process of Her Predorsesors, And on 2-19-2013 Told me Following Her Talks with G.D.C. and The Copies of That Given To Her. That G.D.C. Would Rectify, and Change Favorably. On 4-16-2013 I Was Notified That J. Smith Was Actively my Counselor. in His Reply To request sent 4-8-2013, And 4-16-2013-8-19-2013 "You Are Ineligible for T.C. Transfer, you Have A Detainer"! This Following Verbal Assult, and Harrassment By Both J. Smith, And Nikki Fuqua, Telling me I Would Recieve Nothing But lockedown And if I Continued To ...

Certainly Some Among others Such as Fire Fighting Training. Which Were offered By The STATE. And That "I" Certainly Qualified For. Yet Was Surely Baisly Denied, And Actively Removed From. AS A Total Abuse, Which Was The End Result of The Bogus, Unlawfull Warrant, And ConTemptuously Deliberate Actions Of The Department of Corrections, and its officials, And Designees... This Blatant, and Obvious Disregaurd For My Livelyhood, Life, and all That's intrinsically vital, And Totally Important Has been Completely Violated. STriped away from Me, and The only way To restore This. is for The Courts To grant Me 3 Million Dollars in Monetary Damages. And Total access, and full Funding of The Trades, Programing, and The Courses That Provide Such Training For me.. Although The Courts CAN-Not give me BACK My Honor, or my Family, including my wife, Children, Neices, Nephews, ETC. Nor CAN The Court Alter The Fact That my (wife) is A woman of New 28 yrs. And I A Devorcee Aged 50... This is Something, That HAS A Damage That, is Truly irreplacable. So True Are my Children. Yet The Compensation Sought Can Allow me To Favorably Continue A Meaningfull Life, Livelyhood, And Passable Lifestyle...

Pain anguish severe suffering, And Abasment of my Beloved, Wife, Children, and Family! I Hope, and Pray That This Court grants Me ample payment for the lost Wages That Certainly was Feasonably assured To Me By The Potential Employer "Kenneth Thomas". As A result on My Not Being Capable of living up To The Deal Xlegotiate By Both (He) And (I) The Contract of Work, For Significant Wage Earning! And Contract agreed upon, at The Start of my release To Trans. Tional Facility; Was Foiled, And I'll Fated Because of The Restrictions Placed, And Denied Me unduly, Bias, And Capriciously... I want This Court To Grant Me The relief Sought, As I Am A 50yr old Man, whom has lost Every Fiber And Aspect of whats Essentially relevant, Pure, And Worthy of my Full Lifes Devotion, and That is my Young wife, and Children... This is'nt replaceable, Yet Compensatable, only by Significant Amount... The Job Skills lost, Such As The Denial of C.D.L. Training Should be Fully Funded, restored, And Established As Payment, For Relief of it being Contemptuously Denied me... Also The Denial of Customer Service Certification From Middle Tech Collage; These Are